No. 97–471.  KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM v. BLACKWELL, SANDERS, MATHENY, WEARY & LOMBARDI ET AL., 522 U. S. 1068.  Motion for leave to file petition for rehearing denied.

No. 97–8272 (A–864).  CARTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1099.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for rehearing denied.